UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                              ) CASE NO. CR12-172- JCC
    Plaintiff, )
                                              )
    v. )
                                              ) DETENTION ORDER
WILLIAM MERRILL ORR, )
                                             )
    Defendant. )

Offense charged:    Distribution of Material Constituting or Containing Child Pornography

Date of Detention Hearing:    August 2, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant has been indicted on the above-referenced charges. He was initially

arrested on these charges in the Northern District of Iowa and transferred to this District to stand trial.

2. Defendant does not have a viable release address. His father is currently in a rehabilitation facility following an automobile accident. When his father is discharged, it may be possible for the defendant to reside with his parents, under appropriate conditions of release.

3. Defendant poses a risk of nonappearance due to a sporadic employment history and fragmented residential history, as well as lack of viable release address. He poses a risk of danger due to the nature of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 2nd day of August, 2012.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3